**Order entered June 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00364-CV

**JANIS RANEA BUTLER NEAL, INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF GEORGE E. NEAL, JR., DECEASED, Appellant**

**V.**

**THE GEORGE E. NEAL, JR. IRREVOCABLE TRUST, GEORGE WHISLER AND MELANIE PUGH, Appellees**

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-12278**

## ORDER

The clerk's record in this case is overdue. By letter dated May 21, 2019, we cautioned appellant that this appeal was subject to dismissal because the Dallas County District Clerk's office had informed the Court that appellant had not paid for or made arrangements to pay for the clerk's record. In response, appellant provided the Court with verification that the clerk's record was paid for the next day, May 22, 2019. To date, the clerk's record has not been filed.

So that this appeal can proceed, we **ORDER** the Dallas County District Clerk to file the clerk's record in this case within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to:

Felicia Pitre
Dallas County District Clerk

All parties

/s/     BILL WHITEHILL
JUSTICE